# United States Court of Appeals for the Federal Circuit

---

**WISCONSIN ALUMNI RESEARCH FOUNDATION,**
*Plaintiff-Appellant*

**v.**

**APPLE INC.,**
*Defendant-Appellee*

---

2022-1884, 2022-1886

---

Appeals from the United States District Court for the Western District of Wisconsin in Nos. 3:14-cv-00062-wmc, 3:15-cv-00621-wmc, Judge William M. Conley.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

August 28, 2024
Date

Jarrett B. Perlow
Clerk of Court